

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-13-00720-CV

Marilyn **STEWART**,
Appellant

v.

The **CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
The Honorable Cathleen M. Stryker, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellant, Marilyn Stewart, file written proof with this court no later than fifteen days from the date of this order that she has paid or made arrangements to pay the fees for the preparation of the clerk's record and reporter's record for this appeal. If appellant fails to file written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

It is so **ORDERED** on April 30, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle, Clerk